# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**R.Q. WARD, J.R. MCFARLANE, K.M. MCDONALD**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**TAYLOR M. BROWN**
**CULINARY SPECIALIST SEAMAN (E-3), U.S. NAVY**

**NMCCA 201400091**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 27 November 2013.
**Military Judge**: CAPT A.H. Henderson, JAGC, USN.
**Convening Authority**: Commanding Officer, Navy Region Southwest Transient Personnel Unit, San Diego, CA.
**Staff Judge Advocate's Recommendation**: LT J.J Park, JAGC, USN.
**For Appellant**: CDR Boyce Crocker, JAGC, USN.
**For Appellee**: Mr. Brian Keller, Esq.

**26 June 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court